# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :    No. 2920 Disciplinary Docket No. 3

                  Petitioner   :    No. 145 DB 2022

          v.   :    Attorney Registration No. 47102

                                       :    (Philadelphia)

WENDELL K. GRIMES,   :

                  Respondent   :

## <u>ORDER</u>

**PER CURIAM:**

**AND NOW**, this 7th day of December, 2022, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Wendell K. Grimes is suspended on consent from the Bar of this Commonwealth for a period of four years. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).